IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DORIAN K. WIGGINS                                                                PLAINTIFF
#68544

v.                                   No. 4:23-cv-686-DPM

DOES                                                                             DEFENDANTS

## JUDGMENT

Wiggins's complaint is dismissed without prejudice.

*W.P.Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023