IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DORIAN K. WIGGINS**                                    **PLAINTIFF**
**#68544**

v.                  No. 4:23-cv-686-DPM

**DOES**                                                    **DEFENDANTS**

ORDER

     Wiggins has moved the Court to reconsider and for *habeas* relief. As requested, the Court has taken another look at Wiggins's case.

     At their core, Wiggins's new papers contest the validity of his federal charges and his continued detention on those charges. Wiggins must, however, fight these fights in his main case. Nothing prevents his presentation of any constitutional challenge, through counsel, in that case. So, there is no need for *habeas* relief. And pre-trial detention issues can always be examined there, too. Wiggins may not pursue separate litigation in this case of issues presented by his pending criminal charges.

     The Court directs the Clerk to send a copy of this Order to Wiggins's lawyer in 4:22-cr-175-DPM. A hearing on the lawyer-client relationship in that case is already scheduled for 2:30 p.m. on 30 November 2023.

\* \* \*

Motion for reconsideration, *Doc. 9*, and motion for *habeas corpus*, *Doc. 7*, denied. This case is closed.

So Ordered.

*[signature]*
_____
D.P. Marshall Jr.
United States District Judge

15 November 2023